UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE MAXEAU,

Petitioner,

v. Case No.: 2:26-cv-02795-SPC-NPM

WARDEN, GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.

______________________________/

**OPINION AND ORDER**

Before the Court are George Maxeau's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Maxeau, a noncitizen in immigration detention, sought habeas relief from this Court in *Maxeau v. David Hardin*, M.D. Fla. Case No. 2:26-cv-2184-SPC-NPM. The Court found that Maxeau's prolonged, then 14-month period of detention was unconstitutional and ordered the respondents to either bring Maxeau before an immigration judge for a bond hearing or release him from custody.

On August 7, 2026, Immigration Judge Liviu Lungu found Maxeau to be a flight risk based on a thorough review of the evidence and denied release on bond. (Doc. 5-1 at 1-3). Maxeau argues his continued detention violates the Fifth Amendment but does not explain how. He received due process in the

form of an individualized bond hearing at which the government bore the burden of proof. If Maxeau disagrees with Judge Lungu's decision, the proper way to challenge the result of a bond hearing is appeal to the BIA. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Maxeau's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 28, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record